IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. MEDINA,

    Plaintiff,                      No. 2:13-cv-0458 EFB P

    vs.

BARACK OBAMA, et al.,

    Defendants.              ORDER

_____/

Plaintiff is a state prisoner proceeding without counsel. He has filed documents with the court using the form to be used by a prisoner in filing a complaint under the Civil Right Act, 42 U.S.C. § 1983.[1]

On March 19, 2013, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). The court also found that plaintiff had failed to file a signed complaint. Plaintiff was granted thirty days in which to pay the filing fee or file an application to proceed *in forma pauperis* and to file a signed complaint, and was warned that failure to comply would result in this action being dismissed.

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. E.D. Cal. Local Rules, Appx. A, at (k)(4).

1

The 30-day period has expired and plaintiff has not paid the filing fee, filed a completed *in forma pauperis* application, or filed a signed complaint.

Accordingly, it is hereby ordered that this action is DISMISSED.

Dated: May 9, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE